IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T. PETER TAGUE, DC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BLUE HAND SUPPLY CORPORATION | : | NO. 2:08-cv-02813 |

O R D E R

AND NOW, this 14th day of July 2009, it is hereby ORDERED that, in accordance with Rule 58 of the Federal Rules of Civil Procedure, judgment is entered at this moment in favor of Plaintiff T. Peter Tague, DC, and against Defendant Blue Hand Supply Corporation in the amount of $9,000.00.

It is further ORDERED that the Clerk of Court statistically close this matter.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis
United States District Judge
Eastern District of Pennsylvania